Submitted September 13, affirmed October 6, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SARAH MARIE OWEN-EARLS,
*Defendant-Appellant.*

Lane County Circuit Court
16CR15482; A172700

496 P3d 1160

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).